

FILED MAR 3 1 2003
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB GUILLOT, *ET AL.* | CIVIL ACTION |
| VERSUS | NO. 02-3373 |
| AVENTIS PASTEUR, INC., *ET AL.* | SECTION "S" (3) |

## ORDER AND REASONS

Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, American International Chemical, Inc., Aventis Pasteur, Inc., and Merck & Co., Inc. have moved to dismiss plaintiffs' Petition for Damages under Rules 12(b)(1) and 12(b)(6) (Documents 11 and 17). Defendant Eli Lilly and Company has moved to dismiss the claims against it that are covered by the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. 300aa-10, *et seq.*, and to stay all remaining claims pending Jacob Guillot's pursuit of remedies in the Vaccine Court (Document 13). Defendants' motions were heard with oral argument on March 26, 2003, and plaintiffs' counsel indicated on the record that he did not oppose granting defendants' motions. Accordingly,

1



DATE OF ENTRY
MAR 3 1 2003



**IT IS ORDERED** that defendants' motions are hereby **GRANTED**.  The claims made by and on behalf of minor Jacob Guillot in Counts III through X of the Petition are **DISMISSED WITHOUT PREJUDICE** in order for Guillot and his parents to file and pursue a claim for compensation under the Vaccine Act.  The claims made by Dale and Angel Guillot for medical and related expenses incurred on behalf of Jacob Guillot, and for the lost earnings or earning ability of Jacob Guillot, are **DISMISSED WITHOUT PREJUDICE**.  The remaining claims asserted by Dale and Angel Guillot, as well as the claims in Counts I and II of the Petition, are hereby **STAYED** pending plaintiffs' pursuit of compensation remedies in the Court of Federal Claims under the Vaccine Act, and this case is administratively closed.

**IT IS FURTHER ORDERED** that counsel for plaintiffs shall file a status report with the Court 240 days after filing their petition for compensation in the Court of Federal Claims and every six months thereafter describing the status of that action until the compensation proceeding is completed.  Upon completion of the compensation proceeding, the court will schedule a status conference with the parties.

New Orleans, Louisiana this _31_ day of March, 2003.

_____
Mary Ann Vial Lemmon
United States District Judge